IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS. CRIMINAL NO. 2:13CR13KS-MTP-1

ANGELA D. BRYANT

### ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On December 2, 2019, the defendant appeared before the Court after successful completion of the U.S. District Court Re-entry Court Program, specifically the Treatment Services Track, for the Southern District of Mississippi and as such, is now eligible for a reduction in her supervised release term in the amount of 20 percent.

In the Judgement and Commitment Order, **Bryant** was sentenced to 24 months as to Counts One and Two, counts to run consecutively, followed by 60 months supervised release as to Counts One and Two, counts to run concurrently.

It is the Order of the Court that **Bryant's** term of supervision be reduced by twelve (12) months. Her new term of supervised release is now 48 months with her final discharge date being June 29, 2021.

SO DATED, this the _2nd_ day of _December_, 2019.

_____
UNITED STATES DISTRICT JUDGE